Barry J. Glickman, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400
Attorneys for Defendant
  *Citibank, N.A.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY VALENTI, INC., | Case No:1:18-CV-01575 (ARR/RML) |
| Plaintiff, | |
| - against - | |
| CITIBANK, N.A., | |
| Defendant. | |

**FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE
<u>STATEMENT OF DEFENDANT CITIBANK, N.A.</u>**

Defendant Citibank, N.A., by its undersigned attorneys, discloses pursuant to Fed. R. Civ. P. 7.1 that Citibank, N.A. is a subsidiary of Citigroup Inc., a publicly held corporation. No publicly held corporation owns ten percent or more of the stock of Citigroup Inc.

Dated:   New York, New York
         March 16, 2018

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
    Barry J. Glickman, Esq.
    Attorneys for Defendant Citibank, N.A.
    1211 Avenue of the Americas
    New York, New York 10036
    (212) 223-0400

948314