**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
10 Bank Street, Suite 700
White Plains, NY 10606
Telephone: (914) 286-2801
Sarah H. Morrissey, Esq.

*Counsel for GARY VALENTI, INC.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GARY VALENTI, INC., <br><br>                              Plaintiff, <br><br>         -against- <br><br> CITIBANK, N.A., <br><br>                              Defendant. | Case No. 18-01575 |

**NOTICE OF APPEARANCE AND  REQUEST FOR SERVICE OF NOTICES, PLEADINGS AND OTHER DOCUMENTS**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for GARY VALENTI, INC., and requests that the following names be added to any service list in this case and that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon:

> **ECKERT SEAMANS CHERIN &  MELLOTT, LLC**
> Sarah H. Morrissey, Esq.
> 10 Bank Street, Suite 700
> White Plains, New York 10606
> Tel: (914) 286-2801
> Fax: (914) 949-5424
> E-Mail: smorrissey@eckertseamans.com

Dated: White Plains, New York
March 26, 2018

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

By: /s/ *Sarah H. Morrissey*

Sarah H. Morrissey, Esq.
10 Bank Street, Suite 700
White Plains, New York 10606
Telephone: (914) 286-2801
Facsimile: (914) 949-5424
E-mail: smorrissey@eckertseamans.com

*Counsel for GARY VALENTI, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Service of Notices, Pleadings and Other Documents was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record in this case.

Dated: White Plains, New York
      March 26, 2018

                                 **ECKERT SEAMANS CHERIN & MELLOTT, LLC**

                                 By: /s/ *Sarah H. Morrissey*

                                 Sarah H. Morrissey, Esq.
                                 10 Bank Street, Suite 700
                                 White Plains, New York 10606
                                 Telephone: (914) 286-2801
                                 Facsimile: (914) 949-5424
                                 E-mail: smorrissey@eckertseamans.com