Barry J. Glickman, Esq.
Anthony I. Giacobbe, Jr. Esq.
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400

Attorneys for Defendant
  *Citibank, N.A.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY VALENTI, INC., | Civ. No.: 18-cv-01575-FB-RML |
| Plaintiff, | |
| - against - | **NOTICE OF APPEARANCE** |
| CITIBANK, N.A., | |
| Defendant. | |

To the Clerk of this Court and all parties of record:

ENTER my appearance as counsel in this case for defendant Citibank, N.A. I certify that I am admitted to practice in this Court.

Dated:  New York, New York
        May 29, 2018

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
    Anthony I. Giacobbe, Jr. Esq.
    Attorneys for Defendant
    Citibank, N.A.
    1211 Avenue of the Americas
    New York, New York  10036
    (212) 223-0400

TO:   *Counsel for plaintiff by ECF*