

**Eckert Seamans Cherin & Mellott, LLC**
10 Bank Street
Suite 700
White Plains, NY 10606

TEL    914 949 2909
FAX    914 949 5424
www.eckertseamans.com

Kelly Robreno Koster
Direct Dial: (914) 286-6430
kkoster@eckertseamans.com

July 11, 2018

<u>**Via ECF**</u>
Honorable Robert M. Levy
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: <u>**Gary Valenti, Inc. v. Citibank, N.A.**</u>
       <u>**Civil Action No. 18-cv-1575-FB-RML**</u>

Dear Judge Levy,

We represent Plaintiff Gary Valenti, Inc. in the above-referenced matter.  Pursuant to the Court's initial conference order dated June 27, 2018, today, the parties are due to report to the Court whether they will agree to participate in court-assisted settlement negotiations.  Plaintiff respectfully requests a two week extension of this deadline in order to facilitate further discussions regarding a potential settlement conference.  Citibank consents to this request.

Thank you for your kind attention to this matter.

Respectfully submitted,

*s/ Kelly Robreno Koster*

Kelly Robreno Koster, Esq.


cc. Anthony Giacobbe, Esq. (Via ECF)
   *Attorney for Citibank, N.A.*

{V0456411.1}